IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                          CASE NO.: 4:06-CR-020-SPM

**PAUL ALLEN,**

      **Defendant.**
_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue Sentencing" (doc. 126) filed September 7, 2006, in which Defendant requests a continuance so that he may testify at the trial of Calvin White, currently scheduled for October 16, 2006. The Government offers no objection to the granting of the motion.

Finding the request to be reasonable, it is thus

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Continuance (doc. 126) is hereby *granted*.

2. Sentencing is reset for **Monday, October 16, 2006** at **1:30pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this <u>eleventh</u> day of September, 2006.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge